918

No. 1362. CHABERT ET AL. *v.* CITY OF WESTWEGO ET AL. C. A. 5th Cir. Certiorari denied.

No. 1375. IRVING *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1586. MARATHON OIL CO. ET AL. *v.* BRUCE ET AL. C. A. 10th Cir. Certiorari denied.

No. 1608. LUNA ET UX, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1609. GRABOWSKI, AKA GRABINSKI *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1615. VAN RIPER *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 1619. WATERHOUSE ET AL. *v.* MITCHELL, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 1621. BARGER *v.* WASHINGTON. Super. Ct. Wash., Franklin County. Certiorari denied.

No. 1627. DAVERN *v.* CIVIL SERVICE COMMISSION OF THE CITY OF CHICAGO ET AL. Sup. Ct. Ill. Certiorari denied.

No. 1628. NOVELART MANUFACTURING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 1632. HUGHES TOOL CO. *v.* INGERSOLL-RAND CO. C. A. 5th Cir. Certiorari denied.